# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>v.<br><br>NATALIO FRIDMAN,<br><br>        Respondent. | 15 Misc. 64 (Pl.)<br>Hon. Victor Marrero<br><br>Civil Action<br><br>**NOTICE OF APPEAL** |

  Notice is hereby given that Natalio Fridman, Respondent in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the November 14, 2018 Order (Dkt. No. 62) granting Petitioner United States of America's petition to enforce an IRS summons.

                Respectfully submitted,

                /s/ Richard A. Levine
                Richard A. Levine
                Counsel for Respondent
                Roberts & Holland LLP
                1675 Broadway 17th Fl.
                New York, NY 10019
                Tel. (212) 903-8729
                E-mail: rlevine@rhtax.com

Dated:  November 26, 2018